IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GENOA NATIONAL BANK, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV438 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| RONALD V. ODETTE and | ) | |
| RONALD V. ODETTE FAMILY | ) | |
| LIMITED PARTNERSHIP, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court *sua sponte*.

The final pretrial conference scheduled for January 13, 2012, and trial scheduled for February 13, 2012, are canceled. The final pretrial conference and trial will be rescheduled after the court's resolution of the plaintiff's Motion for Partial Summary Judgment (Filing No. 29) and the court's December 1, 2011, show cause order (Filing No. 57).

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED:**

The Clerk of Court shall mail a copy of this order to the defendants at their last known addresses found in the record.

DATED this 16th day of December, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge